■ The People of the State of New York, Respondent, v David Selby, Appellant. [917 NYS2d 861]—

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determi-

nations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). In an area known for drug activity, a trained and experienced narcotics officer saw defendant converse briefly with a man known to the officer to be a local seller of heroin and cocaine. Defendant received an unidentified object from the known drug dealer in exchange for money. These circumstances provided probable cause for defendant's arrest (*see People v Jones*, 90 NY2d 835, 837 [1997]; *People v Frierson*, 61 AD3d 448 [2009], *lv denied* 12 NY3d 915 [2009]).

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Acosta, DeGrasse, Richter and Manzanet-Daniels, JJ.